**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-2243**

─────────────

BARBARA ANN KELLY,

            Debtor - Appellant,

    v.

UNITED STATES TRUSTEE,

            Trustee - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah Lynn Boardman, District Judge.  (8:23-cv-00958-DLB)

─────────────

Submitted:  June 12, 2025                          Decided:  June 16, 2025

─────────────

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Barbara Ann Kelly, Appellant Pro Se.  Hugh Michael Bernstein, OFFICE OF THE UNITED STATES TRUSTEE, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barbara Ann Kelly appeals the district court's orders dismissing her bankruptcy appeal for failing to comply with the filing requirements of Fed. R. Bankr. P. 8009 and denying her motion for reconsideration. We have reviewed the record and find no abuse of discretion and no reversible error. Accordingly, we affirm the district court's orders. *Kelly v. United States Trustee*, No. 8:23-cv-00958-DLB (D. Md. June 21, 2023 & Nov. 3, 2023); *see In re SPR Corp.*, 45 F.3d 70, 74-75 (4th Cir. 1995) (explaining factors court should consider before dismissal). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*